Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

FEBRUARY 29, 2012

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR12-5075BHS |
| Plaintiff, | INDICTMENT |
| v. | |
| EMILIAN MADALIN NITA, | |
| Defendant. | |

The Grand Jury charges that:

### COUNT ONE
### (Use of Forged Passport)

On or about December 28, 2010, at Bremerton, within the Western District of Washington, the defendant, EMILIAN MADALIN NITA, did willfully and knowingly use a false, forged, counterfeited, and altered passport, to wit, by presenting a false, forged, counterfeited, and altered Slovakian passport, in the false name of D.S., in order to open a bank account at a branch of Bank of America.

All in violation of Title 18, United States Code, Section 1543.

### COUNT TWO
### (Use of Forged Passport)

On or about January 20, 2011, at Silverdale, within the Western District of Washington, the defendant, EMILIAN MADALIN NITA, did willfully and knowingly

INDICTMENT/NITA - 1

1  use a false, forged, counterfeited, and altered passport, to wit, by presenting a false,
2  forged, counterfeited, and altered Slovakian passport, in the false name of D.S., in order
3  to open a bank account at a branch of Bank of America.
4       All in violation of Title 18, United States Code, Section 1543.

A TRUE BILL:

DATED: 2/29/12

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference*

_____
FOREPERSON

JENNY A. DURKAN
United States Attorney

ANDREW C. FRIEDMAN
Assistant United States Attorney

DAVID REESE JENNINGS
Assistant United States Attorney

INDICTMENT/NITA - 2